UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CP PRODUCE, LLC, | No. 1:18-cv-00077-DAD-EPG |
| Plaintiff, | |
| v. | ORDER SETTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER |
| QUALITY FRESH FARMS, INC., RANJODH BILLAN, and GURDEEP S. BILLAN, | |
| Defendants. | |

On January 17, 2018, plaintiff filed a complaint under the Perishable Agricultural Commodities Act ("PACA") along with an *ex parte* motion for a temporary restraining order ("TRO"). (Doc. Nos. 1, 2.) Though the TRO was initially requested *ex parte*, plaintiff filed a proof of service on January 18, 2018, indicating that defendants' counsel, Nathan S. Miller of the law firm Miller & Ayala, LLP, had been served with all previously filed documents in this case by e-mail on that same date. (Doc. No. 7.) Defendants have not yet appeared in this action as of the time of the issuance of this order.

In its memorandum supporting the motion for a TRO, plaintiff requests the court set a hearing on the motion within 24 hours. (Doc. No. 2-4 at 24.) The court now sets a hearing on plaintiff's motion for a temporary restraining order before the undersigned for **9:30 a.m. on January 19, 2018** in Courtroom Five, Seventh Floor of the United States District Court, 2500

1

Tulare Street, Fresno, California. As defendants have not yet appeared in this action, the Clerk of the Court is directed to electronically serve a copy of this order on defendants' counsel, Nathan S. Miller of the law firm Miller & Ayala, LLP, at the e-mail address nate@mma-legal.com. Defendants are instructed to file any opposition to the TRO by **6:00 p.m. on January 18, 2018**. Counsel may appear at the hearing telephonically, and are directed to Judge Drozd's Standard Procedures for further information.

IT IS SO ORDERED.

Dated: **January 18, 2018**

_____
UNITED STATES DISTRICT JUDGE