UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CP PRODUCE, LLC, | No. 1:18-cv-00077-DAD-EPG |
| Plaintiff, | |
| v. | ORDER DIRECTING PLAINTIFF TO SERVE DOCUMENTS ON DEFENDANTS |
| QUALITY FRESH FARMS, INC., RANJODH BILLAN, and GURDEEP S. BILLAN, | |
| Defendants. | |

Plaintiff has sought a temporary restraining order ("TRO") in this matter. (*See* Doc. No. 2.) Plaintiff represented that it had served defendants with a copy of all previously-filed documents in this case via their counsel on January 18, 2018. (Doc. No. 7.) The court therefore set a hearing on this motion for January 19, 2018 at 9:30 a.m., and directed the same attorney identified by plaintiff's counsel as acting on behalf of defendants to be served with a copy of that order. (Doc. No. 8.) The attorney who was served for defendants has now advised the court by email that he does not represent these defendants in this matter.

Therefore, plaintiff is directed to immediately serve a copy of this order and all other documents which plaintiff has filed and orders issued in this case, including the minute order set forth at Docket Number 9, on defendants at their place of business.

/////

1

On January 17, 2018, plaintiff filed a complaint under the Perishable Agricultural Commodities Act ("PACA") along with an *ex parte* motion for a temporary restraining order ("TRO"). (Doc. Nos. 1, 2.) Though the TRO was initially requested *ex parte*, plaintiff filed a proof of service on January 18, 2018, indicating that defendants' counsel had been served with all previously filed documents in this case by e-mail on that same date. (Doc. No. 7.) Defendants have not yet appeared in the case as of the time of this order.

In its memorandum supporting the motion for a TRO, plaintiff requests the court set a hearing within 24 hours, if inclined to do so. (Doc. No. 2-4 at 24.) Accordingly, the court sets a hearing on this matter before the undersigned for **9:30 a.m. on January 19, 2018** in Courtroom Five, Seventh Floor of the United States District Court, 2500 Tulare Street, Fresno, California. Plaintiff is directed to serve a copy of this order on defendants. Defendants are instructed to file any opposition to the TRO by **6:00 p.m. on January 18, 2018**. Counsel may appear at the hearing telephonically, and are directed to Judge Drozd's Standard Procedures for further information.

IT IS SO ORDERED.

Dated: **January 18, 2018**

UNITED STATES DISTRICT JUDGE

2