1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CP PRODUCE, LLC,                      No. 1:18-cv-00077-DAD-EPG

12                 Plaintiff,

13          v.                             ORDER GRANTING STIPULATION,
                                           CONTINUING HEARING DATE AND
14   QUALITY FRESH FARMS, INC.,            BRIEFING SCHEDULE FOR PRELIMINARY
     RANJODH BILLAN, and GURDEP            INJUNCTION, AND EXTENDING
15   BILLAN,                               TEMPORARY RESTRAINING ORDER

16                 Defendants.             (Doc. No. 20)

17

18          On January 19, 2018, this court granted plaintiff's motion for a temporary restraining

19   order ("TRO") and set a briefing schedule as follows:  plaintiff's motion for preliminary

20   injunction due January 25, 2018; defendant's opposition due February 1, 2018; plaintiff's reply

21   due February 5, 2018; and the motion to be heard by the court on February 6, 2018.  (Doc. No. 18

22   at 7.)  Plaintiff filed its motion for preliminary injunction on January 25, 2018.  (Doc. No. 19.)

23   On January 31, 2018, the parties filed a stipulation noting that they were engaged in ongoing

24   settlement discussions which might obviate the need for a preliminary injunction.  (Doc. No. 20 at

25   2.)  The parties jointly requested that the court continue the above schedule by one week to allow

26   them to continue pursuing resolution of this matter.  (*Id.* at 2–3.)  The parties also requested that

27   the TRO be similarly extended.

28   /////

Generally, TROs expire at most fourteen days after entry, "unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension." Fed. R. Civ. P. 65(b)(2). Here, the adverse party has consented to an extension. (*See* Doc. No. 20.) Additionally, the court finds that the ongoing efforts of the parties to settle their dispute constitute good cause for extending the TRO in this case.

For these reasons:

1. The court will adopt the parties' stipulation, and hereby orders that the briefing schedule be amended as follows:

   a. Defendant's opposition to the motion for preliminary injunction shall be due on **February 8, 2018**;

   b. Plaintiff's reply shall be due on **February 12, 2018**;

   c. The court will hear plaintiff's motion for preliminary injunction, if necessary, on **February 13, 2018**; and

2. The TRO entered by the court on January 19, 2018, is extended until February 13, 2018 or further order of this court.

IT IS SO ORDERED.

Dated: __**February 1, 2018**__ _____
UNITED STATES DISTRICT JUDGE