| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| CP PRODUCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY FRESH FARMS, INC., RANJODH BILLAN, and GURDEEP S. BILLAN,<br><br>Defendants. | No. 1:18-cv-00077-DAD-EPG<br><br>ORDER GRANTING STIPULATION, DISSOLVING TEMPORARY RESTRAINING, AND WITHDRAWING MOTION FOR PRELIMINARY INJUNCTION<br><br>(Doc. Nos. 18, 19, 22) |

On January 19, 2018, this court entered a temporary restraining order and directed the filing of a motion for preliminary injunction. (Doc. No. 18.) The motion for preliminary injunction was filed on January 25, 2018. (Doc. No. 19.) The parties requested a continuance of the hearing on that motion, indicating to the court that they were engaged in settlement negotiations. (Doc. No. 20.) The court granted that request on February 1, 2018. (Doc. No. 21.) On February 2, 2018, the parties filed a stipulation indicating they had reached a settlement in principle. (Doc. No. 22.) The parties also jointly requested that the temporary restraining order be dissolved and that plaintiff's motion for preliminary injunction be withdrawn, both without prejudice to being refiled should the parties fail to finalize their settlement. (*Id.*)

/////

/////

1

| | |
|---|---|
| 1 | Given the stipulation of the parties, and good cause appearing, the temporary restraining order entered on January 19, 2018 (Doc. No. 18) and extended on February 1, 2018 (Doc. No. 21) is hereby dissolved. Plaintiff's motion for preliminary injunction (Doc. No. 19) is withdrawn without prejudice to its refiling and the Clerk of Court shall terminate that motion. The previously scheduled hearing date is vacated. |

IT IS SO ORDERED.

Dated: **February 5, 2018**

_/s/ Dale A. Drozd_
UNITED STATES DISTRICT JUDGE